Dorothy Mae Davila
3600 Ocean Avenue
San Francisco, CA 94132
Tel: 415-753-1142
In pro per

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Dorothy Mae Davila<br><br>Defendant. | Case No.: C 07 4557 SLM<br><br>ANSWER TO COMPLAINT FOR: Student Loan/debt Collection |

Dorothy Mae Davila, a named defendant in the above-entitled matter, hereby answers the unverified complaint of plaintiff as follows:

**GENERAL DENIAL**

Said defendant denies, generally and specifically, each and every allegation of the complaint herein.

This named defendant prays for judgment that plaintiff take nothing by reason of its complaint; for costs of suit; and for such other and further relief as this Court deems just and proper.

Dated: October 23, 2007

_____
Dorothy Mae Davila, Defendant In Pro Per

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of California that on the date below a true copy of Answer to Complaint was mailed first class postage prepaid, from San Francisco, CA and addressed as follows:

Michael Cosentino
State Bar No. 83253
PO Box 129
Alameda, CA 94501

Attorney for United States of America

Dated: October 23, 2007

_____
Anthony Novak