UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>         Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>DOROTHY MAE DAVILLA,          )<br>                              )<br>         Defendant.           )<br>_____) | Case No. C 07-4557 MEJ<br><br>**ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES IN STUDENT LOAN CASES** |

Pursuant to General Order 44, this matter has been assigned to Magistrate Judge Maria-Elena James for trial. All filings shall include the initials "MEJ" after the case number. The Northern District of California Local Rules of Practice in Civil Proceedings apply to this case. A copy of these rules may be obtained in the District Court Clerk's Office or through the mail by directing a letter of request and a self-addressed stamped enveloped (with $3.00 postage) to the Clerk's office, 450 Golden Gate Avenue, P.O. Box 36060, San Francisco, California, 94102. They are also posted on our

1  website at:
2  **http://www.cand.uscourts.gov**.
3  In addition, the parties are **ORDERED** to follow the procedures
4  set forth below:
5      1.   Within **thirty days** of the date of this order, the
6  parties shall return to the Clerk of Court the enclosed form,
7  either consenting to my jurisdiction pursuant to 28 U.S.C. §
8  636(c), or requesting reassignment to a District Judge.
9      2.   Within **twenty days** of the date of this order,
10 Plaintiff shall mail to Defendant an accounting and a copy of
11 any documents supporting Plaintiff's claims.  Plaintiff shall
12 concurrently file with the Court said accounting (without
13 documents) and proof of service of the accounting.
14     3.   Within **forty days** of the date of this order,
15 defendant shall mail to plaintiff a copy of any documents
16 which defendant claims prove payment of all or part of the
17 loan or otherwise excuse defendant's failure to pay the loan.
18     4.   Within **sixty days** of the date of this order the
19 parties shall meet in person or by telephone to discuss the
20 documents they have exchanged and possible settlement of this
21 dispute.
22     5.   Within **two weeks** after the meeting each party shall
23 file and serve a letter informing the Court of the status of
24 the case.  The letter shall include the following:
25     (1)  A brief description of the events underlying the
26 lawsuit;
27     (2)  What discovery the party intends to take, including,
28 but not limited to, the identity of all persons the party

2

intends to depose.

    (3)  A suggested trial date and an estimate of the length of trial.

    On December 4, 2008, The Court will hold a case management conference to discuss the status of the case and develop a trial schedule.

Dated: August 29, 2008

    _____
    Maria-Elena James
    United States Magistrate Judge

*IT IS SO ORDERED — Judge Maria-Elena James*

3